**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLAPLEX, LLC and LIQWD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUXCLUB INC.; GIFTS AND THINGS CORP.; ABRAHAM MOSSERI; MARGARET MOSSERI, all individually and d/b/a "26MEDIA"; "JOHN DOES" 1-10; and UNKNOWN ENTITIES 2-10; <br><br> Defendants. | CASE NO. 18-CV-06710 (PKC)(RER) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, including lawyers' fees, in relation to this action.

*[signature]*

Michael Lee (WL6363)

Lee Law PLLC
579 Fifth Avenue
14th Floor
New York, NY 10017
Telephone: (212) 621-8239
Attorneys for Plaintiffs

____/GG/_____

Gerald Grunsfeld

Lazar, Grunsfeld Elnadav, LLP
1795 Coney Island Avenue
Brooklyn, NY 11230
(718) 947-7476
Gerry@LGELaw.com
Attorneys for Defendants